DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
mweber@downeybrand.com
DARIA A. GOSSETT (Bar No. 316717)
dgossett@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Defendants
RAUDEL M. DELGADO, Trustee and
ARACELIE S. DELGADO, Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>v.<br><br>EL JALICIENSE TAQUERIA; RAUDEL M. DELGADO, Trustee; ARACELIE S. DELGADO, Trustee; and Does 1 to 50,<br><br>    Defendants. | Case No. 2:25-CV-01255-JAM-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the Eastern District of California Local Rules, Defendants Raudel M. Delgado, Trustee and Aracelie S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard Sepulveda ("Plaintiff") by and through their respective counsel, hereby stipulate to extend Defendants' time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) as follows:

    1.    Plaintiff filed a Complaint in the above-entitled action in the United States District Court, Eastern District of California, on or about April 30, 2025;

    2.    Defendants were served with the Complaint on or about May 5, 2025;

    3.    The original deadline for Defendants to respond to the Complaint is on or about May 27, 2025;

////

 4.     Defendants were only recenently able to retain counsel and their counsel has not had an opportunity to sufficiently review the pleadings or prepare a response.

 5.     Additionally, the parties discussed and agreed to engage in early settlement discussions.  Plaintiff provided an offer a few short days ago and Defendants are in the process of considering that offer and responding.  To permit Defendants sufficient time to respond to the Complaint and facilitate a potential global resolution, the parties agreed to extend Defendants' deadline to respond to the Complaint by forty-five (45) days, up to and including July 11, 2025;

 6.     The parties have not previously stipulated to extend Defendants' deadline to respond to the Complaint;

 7.     The requested extension will not affect any other deadlines set by the Court.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendants' deadline to respond to Plaintiff's Complaint is extended up to and including July 11, 2025.

IT IS SO STIPULATED.

DATED: May 23, 2025                DOWNEY BRAND LLP

By: _____*/s/ Daria A. Gossett*_____
DARIA A. GOSSETT
Attorneys for Defendants
RAUDEL M. DELGADO, Trustee,
ARACELIE S. DELGADO, Trustee, and
EL JALICIENSE TAQUERIA

DATED: May 23, 2025                LAW OFFICES OF RICHARD A. MAC BRIDE

By: _____*/s/ Richard A. Mac Bride*_____
(as authorized on 05/23/2025)
RICHARD A. MAC BRIDE
Attorneys for Plaintiff
RICHARD SEPULVEDA

**ORDER**

Having considered the stipulation of Defendants Raudel M. Delgado, Trustee and Aracelie S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard Sepulveda ("Plaintiff") for an order extending Defendants' time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) as follows:

1. Defendants may file a response to Plaintiff's Complaint on or before July 11, 2025.

IT IS SO ORDERED.

Dated: May 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE