1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  mweber@downeybrand.com
   DARIA A. GOSSETT (Bar No. 316717)
3  dgossett@downeybrand.com
   621 Capitol Mall, 18th Floor
4  Sacramento, California 95814
   Telephone:    916.444.1000
5  Facsimile:    916.444.2100

6  Attorneys for Defendants
   EL JALICIENSE TAQUERIA,
7  RAUDEL M. DELGADO, Trustee and
   ARACELIE S. DELGADO, Trustee

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11
   RICHARD SEPULVEDA,                    Case No. 2:25-CV-01255-JAM-SCR
12
              Plaintiff,                 **STIPULATION AND ORDER TO**
13                                       **CONTINUE DEADLINE TO RESPOND**
       v.                                **TO COMPLAINT**
14
   EL JALICIENSE TAQUERIA; RAUDEL M.
15 DELGADO, Trustee; ARACELIE S.
   DELGADO, Trustee; and Does 1 to 50,
16
              Defendants.
17

18

19        Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of

20 the Eastern District of California Local Rules, Defendants Raudel M. Delgado, Trustee and

21 Aracelie S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard

22 Sepulveda ("Plaintiff") by and through their respective counsel, hereby stipulate to extend

23 Defendants' time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) as follows:

24        1.    Plaintiff filed a Complaint in the above-entitled action in the United States District

25 Court, Eastern District of California, on or about April 30, 2025;

26        2.    El Jaliciense Taqueria was served with the Complaint on or about May 5, 2025;

27        3.    Plaintiff recently served the individual defendants on or about June 28, 2025 (Dkt.

28 No. 13);

4968180

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT

1    4.    To avoid any confusion regarding all Defendants' responsive pleading deadline, to

2  promote efficiency in this Court, to potentially continue settlement discussions, and to provide

3  Defendants sufficient time to review and analyze the pleadings, the parties agreed to extend the

4  time to respond to the Complaint up to and including August 1, 2025.

5    5.    The parties previously stipulated one extension of Defendants' deadline to respond

6  to the Complaint, (although only El Jaliciense Taqueria had been formally served);

7    6.    The requested extension will not affect any other deadlines set by the Court.

8    THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that

9  Defendants' deadline to respond to Plaintiff's Complaint is extended up to and including August

10  1, 2025.

11    IT IS SO STIPULATED.

12  DATED:  July 8, 2025    DOWNEY BRAND LLP

13

14    By:    */s/ Daria A. Gossett*
    DARIA A. GOSSETT

15    Attorneys for Defendants
    RAUDEL M. DELGADO, Trustee,

16    ARACELIE S. DELGADO, Trustee, and
    EL JALICIENSE TAQUERIA

17

18  DATED:  July 8, 2025    LAW OFFICES OF RICHARD A. MAC BRIDE

19

20    By:    */s/ Richard A. Mac Bride*
    (as authorized on 07/08/2025)

21    RICHARD A. MAC BRIDE
    Attorneys for Plaintiff

22    RICHARD SEPULVEDA

23

24

25

26

27

28

4968180

2

STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT

1    **ORDER**

2        Having considered the stipulation of Defendants Raudel M. Delgado, Trustee and Aracelie

3    S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard Sepulveda

4    ("Plaintiff") for an order extending Defendants' time to file a responsive pleading to Plaintiff's

5    Complaint (Dkt. No. 1) as follows:

6        1.    Defendants may file a response to Plaintiff's Complaint on or before August 1,

7              2025.

8        2.    The parties shall file a *joint* status report pursuant to this Court's Initial Case

9              Management Order, ECF No. 7, within fourteen (14) days thereafter.

10

11       IT IS SO ORDERED.

12

13   Dated:  July 8, 2025                    /s/ Daniel J. Calabretta
                                             ———————————————————————
14                                           THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4968180                                    3

STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT