DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
mweber@downeybrand.com
DARIA A. GOSSETT (Bar No. 316717)
dgossett@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendants
EL JALICIENSE TAQUERIA,
RAUDEL M. DELGADO, Trustee and
ARACELIE S. DELGADO, Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>   Plaintiff,<br><br>   v.<br><br>EL JALICIENSE TAQUERIA; RAUDEL M. DELGADO, Trustee; ARACELIE S. DELGADO, Trustee; and Does 1 to 50,<br><br>   Defendants. | Case No. 2:25-CV-01255-JAM-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the Eastern District of California Local Rules, Defendants Raudel M. Delgado, Trustee and Aracelie S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard Sepulveda ("Plaintiff") by and through their respective counsel, hereby stipulate to extend Defendants' time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) as follows:

   1.   Plaintiff filed a Complaint in the above-entitled action in the United States District Court, Eastern District of California, on or about April 30, 2025;

   2.   El Jaliciense Taqueria was served with the Complaint on or about May 5, 2025;

   3.   Plaintiff thereafter served the individual defendants on or about June 28, 2025 (Dkt. No. 13);

4968180

STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT

4.    The parties recently met and conferred and Plaintiff's counsel disclosed that he would be out of the country in August. Defendants explained that they will likely file a Rule 12 motion and asked whether Plaintiff would like to extend the time to file Defendants' responsive pleading so that Plaintiff's counsel was not on vacation during the opposition deadline. Plaintiff agreed.

5.    To provide Plaintiff sufficient time to oppose and to promote efficiency in this Court, the parties agreed to extend the time to respond to the Complaint up to and including September 9, 2025.

6.    The parties previously stipulated one extension of the individual defendants' deadline to respond to the Complaint, and two extensions for Defendant El Jaliciense Taqueria.

7.    The requested extension will not affect any other deadlines set by the Court.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendants' deadline to respond to Plaintiff's Complaint is extended up to and including September 9, 2025.

IT IS SO STIPULATED.

DATED: July 30, 2025    DOWNEY BRAND LLP

By:    */s/ Daria A. Gossett*
DARIA A. GOSSETT
Attorneys for Defendants
RAUDEL M. DELGADO, Trustee,
ARACELIE S. DELGADO, Trustee, and
EL JALICIENSE TAQUERIA

DATED: July 30, 2025    LAW OFFICES OF RICHARD A. MAC BRIDE

By:    */s/ Richard A. Mac Bride*
(as authorized on 07/30/2025)
RICHARD A. MAC BRIDE
Attorneys for Plaintiff
RICHARD SEPULVEDA

**ORDER**

Having considered the stipulation of Defendants Raudel M. Delgado, Trustee and Aracelie S. Delgado, Trustee and El Jaliciense Taqueria ("Defendants") and Plaintiff Richard Sepulveda ("Plaintiff") for an order extending Defendants' time to file a responsive pleading to Plaintiff's Complaint (Dkt. No. 1) as follows:

1. Defendants may file a response to Plaintiff's Complaint on or before September 9, 2025.

IT IS SO ORDERED.

Dated: July 31, 2025                        /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE